UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-16-64-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLES SPOTTED WOLF, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 14th day of December, 2016.

Honorable Brian Morris
United States District Judge